NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7096

ERNEST L. BELL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1398, Chief Judge William P. Greene, Jr.

ON MOTION

Before MAYER, <u>Circuit Judge</u>.

## O R D E R

Ernest L. Bell moves the court to accept his brief.

Bell submitted a formal brief that does not comply with certain of the court's rules. Specifically, the brief Bell submitted does not contain a statement of related cases, a jurisdictional statement, or a statement of facts; the cover does not contain the title of the document or indicate that it is a combined brief and appendix; Bell did not serve the brief on counsel for the appellee; and Bell attached to his brief entire briefs from proceedings before the United States Court of Appeals for Veterans Claims.

The court determines that the better course is to accept Bell's brief as an informal brief.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted.  Bell's brief is accepted as an informal brief.

(2)    A copy of this order shall be transmitted to the merits panel assigned to

decide this case.

FOR THE COURT

JUL 17 2009

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:    Ernest L. Bell
       Scott A. MacGriff, Esq. (copy of Bell's brief enclosed)

JUL 17 2009

JAN HORBALY
CLERK

s17

2009-7096                                    2